| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>PRATT, ROBERT W | 2. Court or Organization<br><br>US DISTRICT COURT - SO IOWA | 3. Date of Report<br><br>04/27/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US DISTRICT COURT JUDGE-ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>US COURTHOUSE<br>123 E. WALNUT STREET<br>DES MOINES, IA 50309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 11 A 9: 28 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/27/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Merit Resources, Inc. - WAGES |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/27/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANKERS TRUST COMPANY | A | Interest | J | T | | | | | |
| 2. MORGAN STANLEY DEAN WITTER MARKETABLE SECURITIES: | | | | | | | | | |
| 3. MORGAN STANLEY BANK | A | Interest | L | T | | | | | |
| 4. IOWA ST BRD REGENTS AUD REV ST UNIV OF IOWA 5600 | B | Interest | K | T | | | | | |
| 5. PORT EVERETT WA REV REF SER B 4.30% | B | Interest | | | REDEEMED | 12/1 | K | | |
| 6. ARKANSAS ST DEV FIN AUTH SNGL FAM E 4650 | B | Interest | K | T | | | | | |
| 7. NEBRASKA INVT FIN AUTH SINGLE FAMILY HSG REV SER D 5150 | B | Interest | K | T | | | | | |
| 8. KANSAS ST DEPT TRANSN HWY REV SER-A 4800 | B | Interest | K | T | | | | | |
| 9. IOWA ST UNIV SCIENCE TECH REV REF UTIL 4150 | B | Interest | K | T | | | | | |
| 10. MOHAVE CNTY AZ INDL DEV AUTH I/D/R CTZNS UTIL CO ID | B | Interest | K | T | | | | | |
| 11. WICHITA KANSAS GENERAL OBLIGATION 4800 | A | Interest | J | T | | | | | |
| 12. NORTH DAKOTA ST HSG FIN AGY MTG 5250 | B | Interest | K | T | | | | | |
| 13. SNOHOMISH & ISLAND COUNTY WA SCHOOL DISTRICT-401 4100 | A | Interest | K | T | | | | | |
| 14. IOWA ST SPECIAL FUND VISION 3100 | A | Interest | | | REDEEMED | 2/15 | K | | |
| 15. YSLETA TX INDPT SCH DIST PUB FAC CORP LEASE REV 4000 | A | Interest | | | REDEEMED | 11/15 | K | | |
| 16. RAMSEY & WASHINGTON CNTYS MN RES REC REF NORTHER ST 4100 | A | Interest | | | REDEEMED | 12/1 | J | | |
| 17. IOWA STATE SPECIAL FUND VISION | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 3350 | | | | | | | | | |
| 18. STATE UNIV IOWA REVS CLGE SVGS PRGM ZERO COUPON | A | Interest | K | T | | | | | |
| 19. GENERAL MOTORS ACCEPT CORP 5625 | B | Interest | | | SOLD | 9/15 | K | | |
| 20. DISCOVER BANK CD 6000 | A | Interest | | | SOLD | 2/7 | K | | |
| 21. OREGON ST ELDERLY & DISABLED HSG SER-A 2.750% | A | Interest | K | T | | | | | |
| 22. ALASKA HSG FIN CORP HSG DEV SER-B 3.550% | A | Interest | K | T | | | | | |
| 23. COOK CO IL FST PRESV DIST REF SER-A 3.625% | A | Interest | K | T | | | | | |
| 24. WINONA CNTY MINN CAP IMPT PLAN SER-A 3.600% | A | Interest | K | T | | | | | |
| 25. WICHITA KS GENL OBLIG SER 769 UNLTD TAX 4.000% | A | Interest | K | T | | | | | |
| 26. WITCHITA KS GENL OBLIG SER 769 UNLTD TAX 3.600% | A | Interest | K | T | | | | | |
| 27. SIOUX CITY IOWA GEN OBLIG UNLTD TAX 3.500% | B | Interest | K | T | | | | | |
| 28. WEST DES MOINES IOWA GEN OBLIG SER-C 3.600% | A | Interest | J | T | | | | | |
| 29. CONNECTICUT ST HLTH EDL FACS AUTH UIV HARTFORD SER-E 4.000 | A | Interest | K | T | | | | | |
| 30. BROWN CNTY WISC GENL OBLIG ARPT IMPT SER-A 4.000% | A | Interest | K | T | | | | | |
| 31. OMAHA NE ARPT AUTH ARPT REV REF-FACS 4.000% | A | Interest | J | T | | | | | |
| 32. ADDISON TX GENL OBLIG REF UNLTD TAX 4.000% | A | Interest | K | T | | | | | |
| 33. BROWN CNTY WISC GENL OBLIG | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|    ARPT IMPT SER-A 4.000% | | | | | | | | | |
| 34.  GLENCOE ILL GENL OBLIG BK QUAL UNLTD TAX 4.100% | B | Interest | K | T | | | | | |
| 35.  BLOOMINGTON IL GEN OBLIG REF BK QUAL 4.000% | A | Interest | K | T | | | | | |
| 36.  WASHINGTON CNTY WISC GENL OBLIG PROM NTS 4.000% | A | Interest | K | T | | | | | |
| 37.  WEST CHESTER PA AREA SCH DIST 4.000% | A | Interest | K | T | | | | | |
| 38.  WAUKEE IOWA CMNTY SCH DIST REF SER-B 3.300% | A | Interest | K | T | | | | | |
| 39.  BOYDEN HULL IOWA CMNTY SCH DIST 4.300% | A | Interest | K | T | | | | | |
| 40.  ARIZONA ST TRANSN BRD HWY REV REF SER-A 4.000% | A | Interest | K | T | | | | | |
| 41.  PALM BEACH CNTY FL SCH BRD CTFS PARTN REV SER-A 4.000% | A | Interest | K | T | | | | | |
| 42.  OREGON ST DEPT ADMIN SVCS SALEM OREGON SER-C 4.000% | A | Interest | K | T | | | | | |
| 43.  AUSTIN TX ELEC UTIL SYS REV 4.000% | A | Interest | K | T | | | | | |
| 44.  UNIV NORTHN IA STUDENT UNION SER UNI 4.800% | B | Interest | K | T | | | | | |
| 45.  CAPITAL ONE BANK GLEN ALLEN VA CD 5.000% | C | Interest | L | T | | | | | |
| 46.  W.DES MOINES GO-C BE 4.000% | A | Interest | J | T | | | | | |
| 47.  SHAKOPEE IMPT BE 4.000% | A | Interest | K | T | | | | | |
| 48.  SCHILLER PARK ILL GO-C BE 4.000% | A | Interest | J | T | | | | | |
| 49.  SCHILLER PARK ILL GO-C BE 4.000% | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. IA ST UNIV SCI & TECH 3300 | A | Interest | K | T | | | | | |
| 51. FLA HSG FIN CORP SER F 3400 | A | Interest | K | T | | | | | |
| 52. IA ST UNIV SCI & TECH 3500 | C | Interest | L | T | | | | | |
| 53. GMAC 5250 | B | Interest | K | T | | | | | |
| 54. PR HWYS TRANS 3400 | A | Interest | K | T | | | | | |
| 55. DES MOINES STORM WATER 4200 | B | Interest | L | T | | | | | |
| 56. LITTLE ELM TEX ISD | A | Interest | J | T | | | | | |
| 57. ILL ST CLG SVGS ZERO | A | Interest | J | T | | | | | |
| 58. NYC GO SER-A 3000 | B | Interest | K | T | | | | | |
| 59. CAPITAL JUMBO CD 2750 | B | Interest | | | SOLD | 7/17 | L | | |
| 60. MADISON WISC SWR-A 3125 | B | Interest | K | T | | | | | |
| 61. ALTOONA IA GO 3250 | A | Interest | K | T | | | | | |
| 62. WESTERN DUBUQUE CO SD 3200 | A | Interest | K | T | | | | | |
| 63. ODESSA TX HSG FIN CORP ZERO COUPON | A | Interest | J | T | | | | | |
| 64. MINN HIGHER EDUC FACS AUTH 3625 | A | Interest | J | T | | | | | |
| 65. AURORA COLO SINGLE FAM MTG REV SER A ZERO | A | Interest | J | T | | | | | |
| 66. DOUGLAS CO COLO SCH DIST 1 ZERO | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. WASH ST GEN OBLIG MOTOR VEH FUEL TAX ZERO | A | Interest | K | T | | | | | |
| 68. E-470 PUB HWY AUTH COLO ZERO | A | Interest | L | T | | | | | |
| 69. WILL CNTY ILL SCH DIST NO 122 ZERO | A | Interest | J | T | | | | | |
| 70. LAKE CNTY ILL CMNTY SCH DIST NO 050 ZERO | A | Interest | L | T | | | | | |
| 71. VIRGINIA HSG DEV COMWLTH SER A 4250 | B | Interest | K | T | | | | | |
| 72. DES MOINES IOWA STORMWATER 4500 | C | Interest | M | T | | | | | |
| 73. IOWA ST UNIV SCIENCE & TECH 4000 | A | Interest | J | T | | | | | |
| 74. FHLB 3000 | C | Interest | L | T | | | | | |
| 75. FHLMC MED TERM NOTE 4000 | B | Interest | K | T | | | | | |
| 76. IA STATE UNIV SCIENCE & TECH 2000 | A | Interest | | | REDEEMED | 11/1 | J | | |
| 77. IOWA CITY IA COMM SCH DIST 3000 | A | Interest | J | T | | | | | |
| 78. PUERTO RICO ELEC PWR AUTH SER SS 3300 | A | Interest | K | T | | | | | |
| 79. CENTRAL VALLEY SCH DIST ZERO | A | Interest | K | T | | | | | |
| 80. UNIV CONN REV SER A ZERO | A | Interest | J | T | | | | | |
| 81. WALLA WALLA WASH WATER & WASTE 3625 | C | Interest | L | T | | | | | |
| 82. FHLB 4750 | C | Interest | L | T | | | | | |
| 83. FHLB 4875 | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. STATE UNIV IA ACADEMIC BLDG ZERO COUPON | A | Interest | J | T | BUY | 5/12 | J | | |
| 85. UNIV KENTUCKY 2ND SER 2625 | A | Interest | J | T | BUY | 7/24 | J | | |
| 86. DES MOINES IA STORMWATER 3000 | A | Interest | K | T | BUY | 3/10 | K | | |
| 87. LAKEWAY MUN UTIL DIST TX ZERO COUPON | A | Interest | L | T | BUY | 1/31 | L | | |
| 88. WEST DES MOINES GO 3250 | A | Interest | J | T | BUY | 9/22 | J | | |
| 89. LOUISIANNA ST GO GULF OPP 4000 | A | Interest | J | T | BUY | 7/24 | J | | |
| 90. MODESTO CA IRR DIST 4000 | A | Interest | K | T | BUY | 7/25 | K | | |
| 91. FAYETTE CNTY KY SCH DIST 3375 | A | Interest | J | T | BUY | 7/24 | J | | |
| 92. ALASKA ST HSG FIN CORP 4250 | C | Interest | L | T | BUY | 3/23 | L | | |
| 93. FED FARM CR BK 5340 | C | Interest | L | T | BUY | 9/22 | L | | |
| 94. MORGAN STANLEY DEAN WITTER IRA #1: | | | | | | | | | |
| 95. MSDW LIQUID ASSET FUND | A | Interest | J | T | | | | | |
| 96. MORGAN STANLEY BANK | A | Interest | J | T | | | | | |
| 97. TRANSCDA PL 8.2500% | B | Interest | J | T | | | | | |
| 98. AT&T CORP 6.000% | B | Interest | K | T | | | | | |
| 99. HOUSEHOLD FINANCE 5750 | A | Interest | J | T | | | | | |
| 100. AMERICAN ELECTRIC POWER 6125 | A | Interest | | | REDEEMED | 5/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 101. GMAC 4400 | A | Interest | | | REDEEMED | 4/17 | K | | |
| 102. GMAC 5250 | B | Interest | K | T | | | | | |
| 103. FNMA 4500 | B | Interest | K | T | | | | | |
| 104. FHLMC MTN 5000 | B | Interest | K | T | | | | | |
| 105. FNMA 4500 | B | Interest | K | T | | | | | |
| 106. FHLB 7000 | A | Interest | | | REDEEMED | 5/1 | L | | |
| 107. FHLMC MTN 5000 | B | Interest | K | T | | | | | |
| 108. STANDARD & POORS DEP RECPTS | B | Dividend | L | T | | | | | |
| 109. ALTRIA GROUP INC 5625 | B | Interest | K | T | | | | | |
| 110. GMAC 5625 | B | Interest | K | T | | | | | |
| 111. FNMA 4000 | A | Interest | K | T | | | | | |
| 112. STANDARD & POORS MIDCAP 400 | B | Dividend | L | T | | | | | |
| 113. FNMA 5000 | B | Interest | K | T | | | | | |
| 114. ISHARES RUSSELL 2000 INDEX FD | B | Dividend | L | T | | | | | |
| 115. PHARMACEUTICAL HOLDERS TR | A | Dividend | K | T | BUY ADDTL | 2/13 | J | | |
| 116. GMAC 7375 | B | Interest | K | T | | | | | |
| 117. ISHARES MSCI EAFE FUND | A | Dividend | L | T | BUY ADDTL | 2/13 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. FORD MOTOR CREDIT 5850 | C | Interest | K | T | | | | | |
| 119. DWS DREMAN VALUE INC EDGE FUND | B | Dividend | K | T | BUY | 11/28 | K | | |
| 120. MORGAN STANLEY CHINA A FD INC | A | Dividend | K | T | BUY | 10/3 | K | | |
| 121. JP MORGAN S&P 500 EQUITY CD ZERO COUPON | A | Interest | K | T | BUY | 6/28 | K | | |
| 122. MORGAN STANLEY BANK S7P 500 CD ZERO COUPON | A | Interest | K | T | BUY | 5/30 | K | | |
| 123. HARTFORD LIFE GLOB FUNDS NOTES 5500 | B | Interest | K | T | BUY | 5/25 | K | | |
| 124. PRINCIPAL LIFE INC FDG 5500 | B | Interest | K | T | BUY | 5/24 | K | | |
| 125. ISHARES TR FTSE/XINHUA CHINA | A | Dividend | J | T | BUY | 2/13 | J | | |
| 126. MORGAN STANLEY DEAN WITTER IRA #2: | | | | | | | | | |
| 127. ALLIANCE BERNSTEIN SMALL CAP GROWTH | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | P4 =More than $50,000,000 T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/27/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| PRATT, ROBERT W | 04/27/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____    Date___5/4/07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544